# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| STEVEN LEONARD HUNT, | |
| Petitioner, | CIVIL ACTION NO.: 4:20-cv-17 |
| v. | |
| WARDEN KARL FORT, | |
| Respondent. | |

## O R D E R

After a careful, de novo review of the entire record, the Court concurs with the Magistrate Judge's April 14, 2022 Report and Recommendation, (doc. 9), to which objections have been filed, (doc. 17).

Accordingly, the Court **OVERRULES** Petitioner's objections, **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, and **DISMISSES** Petitioner's 28 U.S.C. § 2254 Petition. Petitioner is also not entitled to a Certificate of Appealability, rendering moot any request for *in forma pauperis* status on appeal. The Court **DIRECTS** the Clerk of Court **ENTER** a final judgment in favor of Respondent and to **CLOSE** this case.

**SO ORDERED**, this 12th day of May, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA