IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| STEVEN LEONARD HUNT,<br><br>    Plaintiff,<br><br>v.<br><br>WARDEN KARL FORT,<br><br>    Defendant. | CIVIL ACTION NO.: 4:20-cv-17 |

**O R D E R**

The appellant in the above-styled action having been denied a Certificate of Appealability by the United States Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this 24th day of February, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA