IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| STEVEN LEONARD HUNT, | |
| Plaintiff, | CIVIL ACTION NO.: 4:20-cv-17 |
| v. | |
| WARDEN KARL FORT, | |
| Defendant. | |

**O R D E R**

The appellant in the above-styled action having been denied a Certificate of Appealability by the United States Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this 2nd day of March, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA